• AO 440 (Rev. 10/93) Summons in a Civil Action

B-04-cv 46

| RETURN OF SERVICE | | United States District Court Southern District of Texas |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | FILED |
| NAME OF SERVER (PRINT) | TITLE | APR 26 2004 |

Check one box below to indicate appropriate method of service

Michael N. Milby
Clerk of Court

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify): Recieved Certified receipt #7002 0860 0004 8095 8113 by John Ashcroft Attorney General USA on March 22, 2004

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/15/04
                Date

Signature of Server

SOUTH TEXAS IMMIGRATION COUNCIL INC
107 N. 3rd. St.
Harlingen, Texas 78550

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure