4

AO 440 (Rev. 10/93) Summons in a Civil Action

B-04CV46

United States District C...
Southern District of Tex...
FILED

APR 26 2004

Michael N. Milby
Clerk of Court

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Received Certified receipt #7002 0860 0004 8095 8120 by US ATTORNEY on March 19, 2004

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/15/04
             Date

*Signature of Server*

SOUTH TEXAS IMMIGRATION COUNCIL INC
107 N. 3rd. St.
Harlingen Texas 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure