• AO 440 (Rev. 10/93) Summons in a Civil Action

B-04CV46

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

United States District Court
Southern District of Texas
FILED

APR 2 6 2004

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: Received Certified, receipt #7002 0860 0004 8095 8137
   by Tom Ridge Secretary of Dept. of Homeland Security on March 22, 2004

G  Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/15/2004
              Date

*Signature of Server*

SOUTH TEXAS IMMIGRATION COUNCIL INC
107 N. 3rd. St.
Harlingen, Texas 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.