IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| REYNALDO BALBOA-LONGORIA, | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-046 |
| | § | |
| TOM RIDGE, Secretary of Dept. of | § | |
| Homeland Security, and JOHN | § | |
| ASHCROFT, Attorney General of the | § | |
| United States | § | |
| Respondents. | § | |

## ORDER TO TRANSFER CASE TO THE FIFTH CIRCUIT COURT OF APPEALS

Upon Consideration of the Opposed Motion to Transfer Case to the Fifth Circuit Court of Appeals Pursuant to Section 106(c) of the REAL ID Act of 2005 (Docket No. 8) and the Petitioner's Notice of Withdrawal of Opposition to Transfer Motion (Docket No. 11), the Court finds that the Motion is hereby **GRANTED**. (Docket No. 8). It is ordered that Petitioner's Opposition to the Motion to Transfer is hereby withdrawn.

The case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed this 3RD day of August, 2005.

John Wm. Black
United States Magistrate Judge