

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

**August 08, 2005**

MICHAEL N. MILBY, Clerk

05-60811

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: **REYNALDO BALBOA-LONGORIA**
VS.
**MARC MOORE, ET AL**

**CA B-04-046**

United States District Court
Southern District of Texas
FILED

AUG 0 8 2005

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
FILED

AUG 2 6 2005

Michael N. Milby
Clerk of Court

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of __1__ Volume(s) of the record; _____ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. Magistrate Judge entering the order transferring this case is:_____

_____**John W. Black**_____

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Rebecca Pinales, Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED
AUG 15 2005
NEW ORLEANS, LA

cc:   File